UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GENERAL MOTORS LLC IGNITION<br>SWITCH LITIGATION<br><br>―――――――――――――<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 1:2014-md-02543<br>No. 1:2014-mc-02543<br><br>Hon. Jesse M. Furman |

## <u>MOTION FOR WITHDRAWAL OF COUNSEL</u>

Eric Lechtzin respectfully submits to the Court this motion to withdrawal as counsel for

Plaintiff Nicole Salerno ("Plaintiff"), effective immediately and, in support thereof, states as

follows:

1.    Attorney Eric Lechtzin served as counsel to Plaintiff in the action styled *Nicole*

*Salerno v. General Motors LLC, et al.*, No. 2:14-cv-02132 (E.D. Pa. filed April 11, 2014), which

was transferred to the above-captioned Multidistrict Litigation pursuant to a Conditional Transfer

Order entered on or about June 23, 2014.

2.    Eric Lechtzin left the firm of Berger Montague PC on May 8, 2020.

3.    Attorneys at Berger Montague PC remain as counsel of record for Plaintiff.

4.    This withdrawal will not prejudice Plaintiff or any other party.

WHEREFORE, Eric Lechtzin respectfully requests that this Court grant him permission

to withdraw as counsel for Plaintiff Nicole Salerno.

Respectfully Submitted,

Dated: July 28, 2021                     By:     /s/ *Eric Lechtzin*
                                                 Eric Lechtzin
                                                 **EDELSON LECHTZIN LLP**
                                                 3 Terry Drive, Suite 205
                                                 Newtown, Pennsylvania 18940
                                                 Telephone: (215) 867-2399
                                                 Facsimile: (267) 685-0676
                                                 Email: elechtzin@edelson-law.com

The Clerk of Court is directed to update the docket accordingly and to terminate ECF No. 8573 in 14-MD-2543 and the corresponding motions in ALL member cases (as counsel spread the motion to all member cases).

**IT IS SO ORDERED**

Dated: _____July 29_____, 2021                   _____
                                                 Hon. Jesse M. Furman

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 28, 2021, I electronically served the foregoing pleading on all counsel of record in this action using the CM/ECF system.

/s/ *Eric Lechtzin*
Eric Lechtzin